UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BUCA, INC. SECURITIES LITIGATION | Civil Action No. 05-1762 DWF/AJB<br><br>**Oral Argument Not Requested** |

**Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement**

Lead Plaintiffs hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for preliminary approval of the proposed class action settlement entered into between the parties. The grounds for this motion and a proposed order are set forth in the accompanying Plaintiffs' Memorandum in Support of Preliminary Approval of Proposed Settlement, to which is attached a Proposed Order and the Stipulation of Settlement signed by the parties.

Date: May 9, 2008                                    Respectfully submitted,

**HEINS MILLS & OLSON, P.L.C.**

 __/s/ Lori A. Johnson_____
Stacey L. Mills (Bar No. 226373)
Lori A. Johnson (Bar No. 0311443)
310 Clifton Avenue
Minneapolis, Minnesota  55403
Tel:  (612) 338-4605
Fax:  (612)338-4692
*Liaison Counsel for the Proposed Plaintiff Class*

- 2 -

**COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.**
Herbert E. Milstein
Avi Samuel Garbow
Matthew B. Kaplan
1100 New York Ave. NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202)408-4600
Fax: (202)408-4699

*Co-Lead Counsel for the Proposed Plaintiff
   Class*


**BERMAN DeVALERIO PEASE
   TABACCO BURT & PUCILLO**
Michael J. Pucillo
Wendy Zoberman
Jay W. Eng
Esperanté Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: 561/835-9400
Fax:561/835-0322
E-mail: LawFla@bermanesq.com

*Co-Lead Counsel for the Proposed Plaintiff
   Class*