# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**In re BUCA, INC. SECURITIES LITIGATION,**

**This Pleading Relates To:  All Actions**

_____

Case No. 05-CV-1762 DWF/AJB

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF CLASS, AND APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

DATE:   October 15, 2008
TIME:    2:00 p.m.
COURTROOM: 2

Lead Plaintiff West Palm Beach Police Pension Fund hereby moves this Court to enter a Final Judgment and Order of Dismissal with Prejudice ("Final Judgment") and an order certifying the class and approving the Plan of Allocation of settlement proceeds. By entering the Final Judgment, the Court will finally approve the settlement set forth in the Stipulation of Settlement dated as of March 20, 2008. The order approving the certification of class and approving the Plan of Allocation of settlement proceeds will finally approve the proposed Plan of Allocation set forth in the Notice of Class Action Determination, Proposed Settlement and Hearing on Settlement.

This motion is made on the grounds that the settlement is fair, reasonable, and adequate. The motion is based on the supporting memorandum of points and authorities, the related attachments, the affidavits submitted herewith, the pleadings and other files and records in this action, and such other written or oral argument as may be presented to the Court.

Dated: October 2, 2008    Respectfully submitted,

HEINS MILLS & OLSON, P.L.C.

 s/ Dylan J. McFarland
Dylan J. McFarland (Bar No. 12543X)
Stacey L. Mills (Bar No. 226373)
310 Clifton Ave
Minneapolis, MN 55403
Tel:   612/338-4605
Fax:   612/338-4692

**Liaison Counsel for Plaintiffs**

- 3 -

    COHEN, MILSTEIN, HAUSFELD
     & TOLL, P.L.L.C.
    Herbert E. Milstein
    Avi S. Garbow
    Matthew B. Kaplan
    1100 New York Ave., N.W.
    Suite 500, West Tower
    Washington, DC 20005
    Tel:    202/408-4600
    Fax:    202/408-4699

    BERMAN DeVALERIO PEASE
     TABACCO BURT & PUCILLO
    Michael J. Pucillo
    Jay W. Eng
    Esperante Bldg., Suite 900
    222 Lakeview Avenue
    West Palm Beach, FL 33401
    Tel:    561/835-9400
    Fax:    561/845-0322

    **Co-Lead Counsel for Plaintiffs**